# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2023

## NO. 03-23-00468-CV

**Phillip G. "Baby Shark" Scott, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
DISMISSED – OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the order made by the trial court on July 19, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.